584

Whiting et al., Appellants v. Nationwide Insurance Co.

Argued March 19, 1980. Allen L. Feingold, for appellants; James M. Marsh, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

The order of the lower court is affirmed.

Oct. 3, 1980.

429 A.2d 76

Commonwealth v. Clemmons, Appellant.

Submitted June 5, 1979. Michael J. Stack, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, GATES, and DOWLING, JJ.*

Judgment of sentence affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.